1 **PETER E. BRIXIE, S.B.#124186**
**Attorney at Law**
2 **410 Twelfth Street, Suite One**
**Sacramento, CA 95814**
3 **Telephone: (916) 658-1880**
**Facsimile: (916) 658-1884**
4
**Attorney for ALEXIS HERNANDEZ**
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS HERNANDEZ, | CASE NO.:   2:09-CV-01552-KJM |
| Plaintiff, | Stipulation and Order Extending Time to File and Serve Motion |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 29, 2010.  The extension is needed due to press of business in plaintiff's attorney's office.

1     This is the 1st request for extension by plaintiff.

2

3   Dated: 12/29/09                                 /s/ Peter Brixie
                                                          PETER BRIXIE

4                                                           Attorney at Law

5                                                           Attorney for Plaintiff

6

7   Dated: 12/29/09                             By:    /s/ Elizabeth Firer
                                                          ELIZABETH M. FIRER

8                                                           Special Assistant U. S. Attorney

9                                                           Attorney for Defendant

10                                 __ooo__

11 APPROVED AND SO ORDERED

12 Dated: January 4, 2010.

13

14

15                                                 U.S. MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28