**PETER E. BRIXIE, S.B.#124186**
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

Attorney for ALEXIS HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>Defendant. | CASE NO.:   2:09-CV-01552-KJM<br><br>Stipulation and Order Extending Time to File and Serve Motion |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 25, 2010.  The extension is needed due to press of business in plaintiff's attorney's office.

1     This is the 2nd request for extension by plaintiff.

2

3   Dated: 1/25/10                         /s/ Peter Brixie
                                                  PETER BRIXIE

4                                                   Attorney at Law

5                                                   Attorney for Plaintiff

6

7   Dated: 1/25/10                   By:   /s/ Elizabeth Firer
                                                  ELIZABETH M. FIRER

8                                                   Special Assistant U. S. Attorney

9                                                   Attorney for Defendant

10                               __ooo__

11

12     APPROVED AND SO ORDERED.  No further extensions will be granted except

13 upon a showing of extraordinary cause.

14

15 Dated:  January 25, 2010.

16

17

18                                               U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28