```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ALEXIS HERNANDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____) | CIVIL NO. 2:09-CV-01552 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including April 23, 2010, to respond to Plaintiff's motion for summary judgment. This extension is being requested because this case may be appropriate for voluntary remand and the undersigned counsel for the Commissioner needs additional time to confer with her client in order to address that possibility.

///
///
///
///
///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: March 26, 2010              */s/Peter Brixie*
                                      _____
                                      (As authorized via telephone)
                                      PETER BRIXIE
                                      Attorney for Plaintiff

Dated: March 26, 2010              BENJAMIN B. WAGNER
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      */s/ Elizabeth Firer*
                                      ELIZABETH FIRER
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

                                            <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  March 26, 2010

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE