BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEXIS HERNANDEZ, ) | CIVIL NO. 2:09-CV-01552 KJN |
|     Plaintiff, ) | |
|         v.  ) | STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

       Upon remand, the ALJ must address all of the medical source opinion evidence of record and he must explain the weight he attributes to each source under the terms of 20 C.F.R. § 404.1529 and Social Security Ruling 06-03p.

       It is further stipulated that the administrative decision is hereby vacated and that the Clerk

///
///
///
///

of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 296-97 (1993).

Respectfully submitted,

Dated: April 22, 2010

/s/Peter Brixie
(As authorized via telephone and fax)
PETER BRIXIE
Attorney for Plaintiff

Dated: April 22, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Elizabeth Firer
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: April 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE