1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10
                    **SACRAMENTO DIVISION**
11

12 ALEXIS HERNANDEZ,              )
                                  )   CIVIL NO. 2:09-cv-01552 KJN
13         Plaintiff,             )
                                  )   STIPULATION AND ORDER APPROVING
14      v.                        )   SETTLEMENT OF ATTORNEY FEES
                                  )   PURSUANT TO THE EQUAL ACCESS TO
15 MICHAEL J. ASTRUE,             )   JUSTICE ACT
   Commissioner of                )
16 Social Security,               )
                                  )
17         Defendant.             )
   _____)

18

19     IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

20 subject to the Court's approval, that Plaintiff's counsel, as assignee, be awarded attorney fees under the

21 Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, SIX HUNDRED, SIXTY-

22 FIVE DOLLARS AND ZERO CENTS ($4,665.00). This amount represents compensation for all legal

23 services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance

24 with 28 U.S.C. § 2412(d).

25     This stipulation does not constitute an admission of liability on the part of Defendant under the

26 EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and

27 all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.

28 This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

1  fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: June 21, 2010         /s/*Peter Brixie*
                             *(As authorized via email)*

                             PETER BRIXIE
                             Attorney for Plaintiff

                             BENJAMIN B. WAGNER
                             United States Attorney

Dated: June 21, 2010     By: /s/ *Elizabeth Firer*
                             ELIZABETH FIRER
                             Special Assistant United States Attorney

## ORDER

Pursuant to the stipulation filed by the parties, IT IS SO ORDERED that Plaintiff's counsel, as assignee, shall be awarded attorney fees in the amount of FOUR THOUSAND, SIX HUNDRED, SIXTY-FIVE DOLLARS AND ZERO CENTS ($4,665.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: June 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE